**United States District Court**
For the Northern District of California

1

2                                                     **\*E-FILED 4/8/2009\***

3

4

5

6

7                                        NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN JOSE DIVISION

11   MARTIN PEDRAZA, VALENTIN PEDRAZA,        No. C08-04710 HRL
     and FELIPE SALINAS,
12                                            **ORDER SETTING FURTHER CASE
                                              MANAGEMENT CONFERENCE**
13          Plaintiffs,

            v.

14   REUBEN BORG dba BORG REDWOOD
     FENCES,
15
            Defendant.
16
                                                                /
17

18          The court held a case management conference on April 7, 2009. At the conference, Julie

19   Borg and Cele Gutierrez, who are not attorneys, purported to appear on behalf of defendant

20   Borg Redwood Fences, which, they say, is a corporation. Borg Redwood Fences is advised that

21   it may not appear pro se or through its corporate officers, but must retain counsel to represent it

22   in this lawsuit. See Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or

23   other such entity may appear only through a member of the bar of this Court"); see also

24   Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the

25   better part of two centuries . . . that a corporation may appear in the federal courts only through

26   licensed counsel"); In Re Highley, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can

27   appear in a court proceeding only through an attorney at law"). Borg Redwood Fences is

28   further advised that it retains all of the obligations of a litigant, and its failure to obtain an

**United States District Court**

For the Northern District of California

1   attorney may lead to an order striking its pleadings or entry of its default.

2        A further case management conference will be held on **May 5, 2009, 1:30 p.m.** in

3   Courtroom 2.  The parties shall meet and confer and file a joint case management conference

4   statement no later than **April 28, 2009**.  Plaintiffs' lead counsel is directed to appear at the May

5   5, 2009 conference in person – or risk sanctions for the failure to do so.[1]  Civ. L.R. 16-10(a).

6        SO ORDERED.

7   Dated:    April 8, 2009

8        _____
        HOWARD R. LLOYD

9        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23        _____

24        [1]    The case management conference was continued twice at plaintiffs' request,
        with one 30-day continuance being made because plaintiffs said that they intended to amend
        their complaint.  However, it was not until the evening before the conference that plaintiffs

25        purported to file an amended pleading to add a new defendant.  See Woodruff v. Mueller,
        No. C01-02307VRW, 2004 WL 724886 *5 (N.D. Cal., Mar. 24, 2004) (citing Moore v.

26        Indiana, 999 F.2d 1125 (7th Cir. 1993) ("A plaintiff has a right to amend his pleading 'once
        as a matter of course at any time before a responsive pleading is served.'  FRCP 15(a). . . .

27        But leave to amend must be obtained to add a new defendant, even before a responsive
        pleading has been served.'").  Moreover, plaintiffs' counsel failed to appear at the conference

28        due to a reported calendaring error at their offices.  Instead, they sent a substitute attorney,
        who had no apparent connection with, or knowledge of, this case.

2

**United States District Court**

For the Northern District of California

1  **5:08-cv-4710 Notice has been electronically mailed to:**

2  Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Adam Lee Pedersen alpedersen@gmail.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

5

6  **5:08-cv-4710 Copy of this document mailed to:**

7  Attention: Cele Gutierrez
Borg Redwood Fences
8  575 Boulder Court
Pleasanton, CA 94566

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3