| | |
|---|---|
| SCOTT A. LEWIS (SBN: 149094)<br>PERRY, JOHNSON, ANDERSON,<br>MILLER & MOSKOWITZ LLP<br>438 First Street, Fourth Floor<br>Post Office Box 1028<br>Santa Rosa, CA 95404<br>Telephone: (707) 525-8800<br>Facsimile:   (707) 545-8242 | *ORDER E-FILED 5/1/2009* |

Attorneys for Defendants SELEX, INC.,
and REUBEN BORG, dba BORG REDWOOD FENCES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARTIN PEDRAZA and VALENTIN PEDRAZA and FELIPE SALINAS<br><br>            Plaintiffs,<br><br>vs.<br><br>SELEX INC., REUBEN BORG dba BORG REDWOOD FENCES, and DOES 1-10<br><br>            Defendants.<br>_____/ | CASE NO: 5:08-cv-04710-HRL<br><br>STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE AND ORDER |

The parties hereto, by and through their attorneys of record, stipulate as follows:

1.     The Case Management Conference in the within action is currently scheduled for May 5, 2009.

2.     Defendants' counsel, Scott A. Lewis, Perry, Johnson, Anderson, Miller & Moskowitz LLC, have just been retained to represent the defendants.  Mr. Lewis has filed a response to the Complaint; however, he is unable to meet the deadline requirements of the current Scheduling Order in an adequate manner between now and the date on which he leaves the state on April 29, 2009, for a prepaid vacation.  Additionally, he is unavailable to attend the currently scheduled Case Management Conference because he will not be returning to the office until May 11, 2009.

3.     For the court's information and consideration, counsel for defendants is scheduled for

1  trial call in Sonoma County Superior Court on August 7, August 14, August 21 and September 4,
2  2009, and is committed to mandatory arbitrations on May 27 and June 11, 2009.
3      4.    Plaintiffs' counsel is available most days in May 2009.
4      5.    The parties therefore request that the Case Management Conference be continued to a
5  date at the court's convenience sometime after May 27, but preferably June.

                                        LAW OFFICES OF ADAM WANG

DATED: April 23, 2009                   /s/ Adam Wang
                                        ADAM WANG
                                        Attorneys for Plaintiffs

                                        PERRY, JOHNSON, ANDERSON,
                                        MILLER & MOSKOWITZ LLC

DATED: April 28, 2009                   /s/   Scott A. Lewis
                                        SCOTT A. LEWIS
                                        Attorneys for Defendants

   PURSUANT TO STIPULATION IT IS SO ORDERED.   **The case management conference is re-set to June 30, 2009, 1:30 p.m. in Courtroom 2.  The parties' joint case management statement shall be filed by June 23, 2009.**

DATED:  May 1, 2009
                                        _____
                                        MAGISTRATE JUDGE OF THE U. S. DISTRICT COURT
                                                    Howard R. Lloyd