**\*E-FILED 7/14/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN PEDRAZA, VALENTIN PEDRAZA and FELIPE SALINAS,<br><br>  Plaintiffs,<br><br>  v.<br><br>SELEX, INC., REUBEN BORG dba BORG REDWOOD FENCES and DOES 2-10,<br><br>  Defendants.<br>_____/ | No. C08-04710 HRL<br><br>**ORDER RE DEADLINE FOR DEFENDANTS' CONSENT FORM** |

In their Joint Case Management Statement (Docket #33), all parties state that they consent to proceed before the undersigned for all purposes, including trial.  Defendants have not yet filed the form Consent to Proceed Before a United States Magistrate Judge and are directed to do so **no later than July 24, 2009**.

Dated: July 14, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:08-cv-04710-HRL Notice has been electronically mailed to:**

2 Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3 Adam Lee Pedersen alpedersen@gmail.com

4 Scott A. Lewis lewis@perrylaw.net

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.