1  ADAM WANG, Bar No. 201233              *E-FILED 05-17-2010*
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248
4  waqw@sbcglobal.net

5  Attorney for Plaintiffs

6
                UNITED STATES DISTRICT COURT
7
             FOR NORTHERN DISTRICT OF CALIFORNIA
8

9
   SALINAS, ET AL                    Case No.: 08-04710 HRL
10         Plaintiffs,
                                     STIPULATION TO DISMISS WITH
11     vs.                           PREJUDICE & [PROPOSED] ORDER
                                     THEREON
12

13 SELEX INC., ET AL
           Defendants
14

15

16     Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

17

18     1.   Parties have reached a settlement with respect to all claims of all Plaintiffs

19          against all Defendants in this case.

20     2.   As such, parties hereby stipulate to dismiss this action in its entirety with

21          prejudice.

22     3.   The Parties stipulate that this Court should retain its jurisdiction over this case for

23          the purpose of enforcing the settlement agreement.

24

25

                                          1            08-04710 HRL

STIPULATION TO DISMISS
Salinas, et al. v. Selex Inc., et al.

RESPECTFULLY SUBMITTED,

Dated: May 14, 2010          By:     /s/ Adam Pedersen

ADAM PEDERSEN

Attorney for Plaintiffs

Dated: May 14, 2010

By:     /s/Scott Lewis

SCOTT LEWIS

Attorney for Defendants

_____

X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶ [PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

May 17, 2010
Dated: ~~January _____, 2008~~                    _____
Hon. Howard Lloyd
United States District Court Magistrate

2                    08-04710 HRL

STIPULATION TO DISMISS
Salinas, et al. v. Selex Inc., et al.